MCC:EP:mmz

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 07/438 |
| | ) | |
| v. | ) | (Judge Conner) |
| | ) | |
| BRUCE J. TOMMELLEO | ) | |

FILED
HAR[RISBURG]
NOV 0[5] 2007
MAR[Y E. D'ANDREA]

## FELONY INFORMATION

**THE UNITED STATES OF AMERICA CHARGES THAT:**

### COUNT I

From on or about November 2002 through on or about December 2006, in Dauphin County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

### BRUCE J. TOMMELLEO

did knowingly wear decorations and medals authorized by Congress for the armed forces of the United States and service medals and badges, and the ribbon, button, and rosette of any such badge, decoration or medal without authorization under regulations made pursuant to law, specifically, the defendant wore the purple heart ribbon without authorization.

All in violation of Title 18, United States Code, Section 704(a).

*Martin C. Carlson*
MARTIN C. CARLSON
ACTING UNITED STATES ATTORNEY

Date: 11-2-07